The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.B.A., <br><br> Plaintiff, <br><br> v. <br><br> KRISTI L.A. NOEM, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00562-KKE <br><br> **STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER** <br><br> Noted for Consideration: <br> May 28, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 12, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate her asylum application. Defendants' response to the Complaint is currently due on June 6, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until November 12, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND ORDER
[Case No. 2:25-cv-00562-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   control the disposition of the causes on its docket with economy of time and effort for itself, for
2   counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3   P. 1.

4       With additional time, this case may be resolved without the need of further judicial
5   intervention.  USCIS has scheduled Plaintiff's asylum interview for July 15, 2025.  USCIS agrees
6   to diligently work towards completing the adjudication within 120 days of the interview, absent
7   unforeseen or exceptional circumstances that would require additional time for adjudication.  If
8   the adjudication is not completed within that time, USCIS will provide a status report to the Court.
9   Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days
10  prior to the interview date.  Plaintiff recognizes that failure to submit documents prior to the
11  interview may require the interview to be rescheduled and the adjudication delayed.  If needed,
12  Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be
13  rescheduled and the adjudication delayed.  Once the application is adjudicated, Plaintiff will
14  dismiss the case with each party to bear their own litigation costs and attorneys' fees.  Accordingly,
15  the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then
16  process his asylum application.

17      As additional time is necessary for this to occur, the parties request that the Court hold the
18  case in abeyance until November 12, 2025.  The parties will submit a status update on or before
19  November 12, 2025.

20  //
21  //
22  //
23
24

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-00562-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 28th day of May, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 395 words, in compliance with the Local Civil Rules.

*s/ Jane Marie O'Sullivan*
JANE MARIE O'SULLIVAN WSBA No. 34486
O'Sullivan Law Office
2417 Pacific Avenue SE, 2nd Floor
Olympia, Washington 98501
Phone: 206-340-9980
Email: jane@osullivanlawoffice.com

*Attorney for Plaintiff*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-00562-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until November 12, 2025. The parties shall submit a status update on or before November 12, 2025.

It is so **ORDERED**.

DATED this 29th day of May, 2025

*Kymberly K Evanson*

KYMBERLY K. EVANSON
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-00562-KKE] - 4

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970