UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R.B.A., <br><br>                Plaintiff(s), <br><br>   v. <br><br>KRISTI L.A. NOEM et al., <br><br>                Defendant(s). | CASE NO. C25-562-KKE <br><br> DISMISSAL ORDER |

The parties have filed a stipulated motion to dismiss this case. Dkt. No. 10. The motion is GRANTED. As it appears that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED without prejudice and without costs to any party.

Dated this 30th day of July, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1